BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>                            )<br>                            )<br>WILLIAM MURRAY,             )<br>                            )<br>          Defendant.        )<br>_____) | CASE NO. 2:09-MJ-362 EFB<br><br>STIPULATION AND<br>ORDER REGARDING ELECTRONIC<br>MONITORING |

The United States and the Defendant jointly request and stipulate that the Court add the following to the Defendant's pretrial release conditions:

You shall participate in the following home confinement program components and abide by all the requirements of the program, which <u>will</u> include electronic monitoring:

(1) CURFEW: You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m. as directed by the pretrial services officer; and

(2) You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by

the Pretrial Services Agency and employees of the monitoring company.

These proposed additional conditions have been discussed with the Pretrial Services Officer, and she has no objection thereto.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: December 7, 2009        By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: December 7, 2009              /s/ Don Heller by MDS
                                    DON HELLER
                                    Counsel for Defendant

**SO ORDERED.**

Dated:   December 18, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE