```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:10-CR-054 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROTECTIVE |
| v. | ) | ORDER REGULATING DISCOVERY |
| | ) | |
| WILLIAM MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a)(8), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case ("The Protected Material"). The Protected Material may contain financial and tax information related to victims in this case. While the Defendant in this case may or may not be entitled to each page of this discovery, disclosure of the Protected Material may better facilitate the Defendant's preparation for trial and/or decision to resolve his case.

2. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for the Defendant only for purposes of representation in this case.

1

3. Counsel for the Defendant shall not make any paper or electronic copy of any Protected Material.

4. Counsel for the Defendant shall not give the Protected Material to any person other than counsel's staff or investigator.  The terms "staff" and "investigator" shall not be construed to describe the Defendant or other person not either regularly employed by counsel or a licensed investigator hired in this case.

5. Any person receiving the Protected Material from counsel for the Defendant shall be bound by the same obligations as counsel and, further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material has been given.  Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The Defendant in this case may review the Protected Materials and be aware of their contents, but shall not be given control of the Protected Materials or any copies thereof.  The Defendant shall be permitted to review the Protected Materials in Counsel's Office and shall not remove the same from Counsel's office.

8. Within twenty days of sentencing or dismissal of the Defendant's case, that Defendant's counsel shall destroy the Protected Material and so certify to the attorney for the government.

1  9.    The foregoing notwithstanding, after the Trial
2       Confirmation Hearing in this case, counsel, staff, and
3       investigator for a Defendant who has confirmed for trial
4       may make copies of the Protected Materials for trial
5       preparation and presentation.  Any copies must, however,
6       remain in the possession of counsel, staff, investigator,
7       or the Court.

                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: February 22, 2010        By:   /s/ Matt Segal
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

                                /s/ Donald H. Heller

DATE: February 22, 2010         DONALD H. HELLER, Esq.
                                Counsel for William Murray

**SO ORDERED.**

DATE:February 22, 2010          /s/ Gregory G. Hollows
                                HON. GREGORY G. HOLLOWS
                                U.S. Magistrate Judge