

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

USA             Plaintiff(s),

                                Case No. 02:10-cr-00054-EJG

v.

William Murray         Defendant(s).

I, ___Keli Luther___

attorney for ___Crime Victim Joyce Clifford___

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

**FILED**
**MAR 18 2010**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
        DEPUTY CLERK

| | |
|---|---|
| Firm Name: | Crime Victims Enforcement Project |
| Address: | 1850 N. Central Avenue, Suite 1440 |
| City: | Phoenix |
| State: | Arizona    ZIP Code: 85004 |
| Voice Phone: | ( 602 ) 416-6780 |
| FAX Phone: | ( 602 ) 416-6786 |
| Internet E-mail: | kluther@voiceforvictims.org |
| Additional E-mail: | pwedra@voiceforvictims.org |
| I reside in City: | Scottsdale    State: Arizona |

I was admitted to practice in the __Arizona Supreme Court__
(court)

on __December 16, 2002__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

USA v. RISHI SANWAL Case No. 2-08-CR-330    Pro Hac Vice    GRANTED

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Bilenda Harris-Ritter

Firm Name:    

Address:      Post Office Box 947

City:         Folsom

State:        CA         ZIP Code:    95763

Voice Phone:  ( 916 )   599-4043

FAX Phone:    ( 916 )   983-4178

E-mail:       BILENDA@aol.com

Dated: 3/17/10          Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: 3/18/10

                                                     _____
                                                     JUDGE, U.S. DISTRICT COURT