UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

USA          Plaintiff(s),

v.                                        Case No. 02:10-cr-00054-EJG

William Murray     Defendant(s).

**FILED**
MAY 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

I, ___Douglas L. Irish___

attorney for___Crime Victim Joyce Clifford___,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Crime Victims Enforcement Project |
| Address: | 1850 N. Central Avenue, Suite 1440 |
| City: | Phoenix |
| State: | Arizona    ZIP Code: 85004 |
| Voice Phone: | ( 602 ) 416-6780 |
| FAX Phone: | ( 602 ) 416-6786 |
| Internet E-mail: | dirish@voiceforvictims.org |
| Additional E-mail: | pwedra@voiceforvictims.org |
| I reside in City: | Scottsdale    State: Arizona |

I was admitted to practice in the ___Arizona Supreme Court___
(court)

on ___April 12, 1969_____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not X concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Bilenda Harris-Ritter

Firm Name:   California Voice for Crime Victims

Address:     Post Office Box 947

City:        Folsom

State:       ___CA___        ZIP Code: ___95763___

Voice Phone: ( 916 )   599-4043

FAX Phone:   ( 916 )   983-4178

E-mail:      BILENDA@aol.com

Dated: __April 21, 2010__  Petitioner: /s/ Bilenda Harris-Ritter

**ORDER**

IT IS SO ORDERED.

Dated: __5/20/10__

_____
JUDGE, U.S. DISTRICT COURT