BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00054-EJG |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM R. MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the ex parte motion of the United States of America, the Court makes the following FINDINGS AND ORDER:

The victims in the underlying fraud scheme giving rise to this action are not entitled to direct written notice of the criminal forfeiture of the property listed in the Preliminary Order of Forfeiture filed on April 16, 2010, because they lack prudential standing to file petitions in this criminal action.

IT IS SO ORDERED.

DATED: May 26, 2010         /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            SENIOR JUDGE
                            UNITED STATES DISTRICT JUDGE