```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>WILLIAM R. MURRAY,            )<br>                              )<br>          Defendant.          )<br>_____) | 2:10-CR-00054-EJG<br><br>STIPULATION TO PERMIT<br>DEFENDANT TO AUTHORIZE<br>PAYMENT OF ADMINISTRATIVE<br>EXPENSES FROM FORFEITABLE<br>ASSET AND **ORDER** [Proposed] |

Plaintiff United States of America and defendant William R. Murray ("defendant") stipulate as follows:

1.  Defendant is a trustee of the "Murray & Young An Accountancy Corp. 401(k) Profit Sharing Plan" ("Plan"). Defendant is also a beneficiary of the Plan.

2.  In Paragraph II(F)(bb) of the Plea Agreement filed on March 9, 2010, defendant agreed to forfeit his funds in the Plan, identified as "One Morgan Stanley brokerage account (tax-deferred) containing approximately $58,000."

3.  Former employees of defendant's at Murray & Young Accountancy Corp. are also beneficiaries of the Plan and have

requested that the Plan be terminated and the funds in their individual accounts be distributed to them.  Plaintiff has determined that the funds in the former employees' individual accounts in the Plan are not forfeitable, and therefore has no objection to the termination of the Plan.

4.   The Plan administrator, Polycomp, has advised plaintiff that it must perform certain administrative services (e.g. accounting, tax filings, preparation of IRS form 1099's, etc.) to terminate the Plan, and that those services will cost $5130.50. A copy of Polycomp's invoice dated December 14, 2009, is attached as Exhibit 1.  These costs will be deducted from all the Plan beneficiaries on a pro rata basis as set forth in the "Benefit Redemption Notice" attached as Exhibit 2.[1]  Approximately $2519.87 will therefore be deducted from the balance in defendant's account, thereby reducing the amount to be forfeited to the United States and the amount that will be available to be paid as restitution.

5.   The Plan trustee, Morgan Stanley, has advised plaintiff that it will distribute the funds in the Plan to defendant and to the other beneficiaries, less the costs to be paid to Polycomp as shown in Exhibit 2, upon receipt of instructions signed by the plan trustees, defendant William R. Murray and Anne Young.

6.   Anne Young has resigned as trustee.  Her letter of resignation, dated January 8, 2010, is attached as Exhibit 3.

7.   Defendant wishes to terminate the Plan so that the

---

[1]   The names and account numbers for the plan beneficiaries have been redacted to comply with Local Rule 140.

funds and his account can be turned over to the plaintiff for forfeiture, and his former employees can obtain the funds in their accounts.  However, because payment of the Polycomp fees from his account will reduce the amount to be forfeited and the amount available for restitution, out of an abundance of caution defendant requests authorization from this Court to direct the payment of Polycomp's fees.

8. Accordingly, the parties to this stipulation request the following Order from this Court:

    a. Defendant William R. Murray is authorized to sign an unredacted copy of the Benefit Redemption Notice as trustee of the Plan.

    b. Upon termination of the plan, Morgan Stanley shall issue a check for the balance in defendant Murray's account payable to "U.S. Dept. of Treasury".

Dated: April 26, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney

                                   By: /s/ Kristin S. Door
                                          KRISTIN S. DOOR
                                          Assistant U.S. Attorney

Dated: May 25, 2010                      /s/ Donald Heller
                                            DONALD HELLER
                                          Attorney for Defendant

IT IS SO ORDERED.

DATED: May 26, 2010                    /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT