```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-CR-54 EJG |
| | ) | |
| Plaintiff, | ) | ORDER FINDING |
| | ) | WAIVER OF PRIVILEGE AND |
| v. | ) | EXTENDING TIME FOR |
| | ) | GOVERNMENT TO RESPOND |
| WILLIAM MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon the United States' Motion and for the reasons set forth therein, the Court

1. FINDS that the Defendant's Motion to Vacate, Set Aside, or Correct Sentence waives privilege over his prior communications with attorney Donald Heller, Esq. and Mr. Heller's work on this case;

2. ORDERS that Mr. Heller may voluntarily provide to the Government documents and statements related to his work on this case and may do so without regard to the attorney-client privilege or work product doctrine; and

//
//
//
//

3. FURTHER ORDERS that the Government's deadline to respond to the Defendant's Section 2255 Motion is continued until sixty days from the entry of this Order.

**SO ORDERED.**

DATE: July 18, 2011

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge